1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LEWIS
6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   No. CR-12-187 WHA
                                     )
11 |          Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                     )   TO CONTINUE HEARING DATE
12 | v.                               )
                                     )   Current Date: April 24, 2012, at 2:00 p.m.
13 | CLARENCE JOSEPH LEWIS, III       )   Proposed Date: May 1, 2012, at 2:00 p.m.
                                     )
14 |          Defendant.              )
                                     )
15 | _____)

16      The defendant in this case has been represented by Assistant Federal Public Defender

17 Ron Tyler. Mr. Tyler will be leaving the Federal Defender's Office and will therefore no longer

18 be representing Mr. Lewis. Assistant Federal Defender Rita Bosworth will be Mr. Lewis's new

19 counsel. Prior to knowing who would be taking over the case, Mr. Tyler scheduled a hearing

20 before this Court for identification of counsel on April 24, 2012. However, the defendant's new

21 counsel, Ms. Bosworth, is unavailable on that date. Therefore, the parties jointly request that the

22 Court reschedule the identification hearing for a date Ms. Bosworth will be available, May 1, and

23 that time should be excluded pursuant to the Speedy Trial Act on the basis of continuity of

24 counsel.

25

26   SO STIPULATED.

Stipulation and [Proposed] Order; *U.S. v. Lewis*,
12-187 WHA                                           1

DATED: 4/18/12                                              /s/
                                                            _____
                                                            RITA BOSWORTH
                                                            Assistant Federal Public Defender


DATED: 4/18/12                                              /s/
                                                            _____
                                                            ROBERT REES
                                                            Assistant United States Attorney


The Court hereby ORDERS that the identification of counsel hearing is continued to May 1, 2012, at 2:00 p.m.  The Court further orders that time shall be excluded from the Speedy Trial Act through May 1, 2012.

Dated: April 18, 2012.
                                                            _____
                                                            William Alsup
                                                            UNITED STATES DISTRICT JUDGE